IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. A-10-CR-032 SS |
| JULIO ALBERTO RINCON | § | |

## ORDER

Before the Court is the above-referenced Defendant, whose case was set for a hearing on the issue of whether the conditions of release entered in this matter should be revoked. The petition is before the Court pursuant to 18 U.S.C. § 3148(b). In short, the Defendant was required to participate in an inpatient substance abuse treatment program, and the Defendant is alleged to have been discharged from the Freeman Center due to his refusal to participate, and his angry response when confronted about his refusal. On February 25, 2010, it is alleged that the Defendant left the Freeman Center and absconded from supervision. A hearing was set to determine whether the conditions of release should be revoked. The Defendant has now filed a Response stating that he waives a hearing on that issue at this time.

The Court therefore ORDERS the revocation of the conditions of release entered in this matter. ACCORDINGLY, the Defendant is ORDERED DETAINED until further orders of the Court. The Defendant is committed to the custody of the Attorney General or his authorized representative for confinement in a corrections facility that is separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The Defendant will be afforded a reasonable opportunity for private consultation with his defense counsel. The Defendant will also receive all necessary and reasonable medical attention while he is being held in custody. Upon order of a court of the United States or upon request by an attorney for the government, the person in

charge of the corrections facility will deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED this 6th day of May, 2010.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE